UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KATIE BOEHNER,

       Plaintiff,

vs.                                     CASE NO.:

WALGREEN CO., d/b/a
WALGREENS #774, a Foreign
for Profit Corporation,

       Defendants.
_____/

## DEFENDANT, WALGREEN CO.'S, NOTICE OF REMOVAL

To:    The Judges of the United States District Court
       for the Middle District of Florida
       Orlando Division
       U.S. Courthouse
       401 West Central Boulevard
       Suite 1200
       Orlando, Florida 32801-0120

Pursuant to the provisions of 28 U.S.C.A. §§ 1332, 1441 and 1446, Defendant, WALGREEN CO., hereby removes to this Court the action filed against it in the Circuit Court of the Seventh Judicial Circuit, in and for Volusia County, Florida, and as grounds for the removal of this action to the United

States District Court for the Middle District of Florida, Orlando Division, this Defendant states as follows:

1. There is presently pending in the Circuit Court of the Seventh Judicial Circuit, in and for Volusia County, Florida, the following styled action: KATIE BOEHNER, Plaintiff, vs. WALGREEN CO., d/b/a WALGREENS #774, a Foreign for Profit Corporation, Defendant, bearing Case No.: 2021-30786-CICI.

2. That on or about June 15, 2021, the Plaintiff, Katie Boehner, filed a Complaint for Damages and Demand for Jury Trial in the Circuit Court of the Seventh Judicial Circuit, in and for Volusia County, Florida, a copy of which is attached hereto as **Exhibit 1**. The Defendant, Walgreen Co.'s, Answer to Plaintiff's Complaint, and Demand for Jury Trial is attached hereto as **Exhibit 2**. The Volusia County Clerk of Court's Docket for Case No. 2021-30786-CICI is attached hereto as **Exhibit 3**. All Other State Court Documents are attached hereto as **Composite Exhibit 4**. The Civil Cover Sheet for this Court is attached hereto as **Exhibit 5**. Said documents are attached to this Notice as required by U.S.C. §1446(a).

3. The Complaint was served on Walgreen Co. on August 2, 2021, and alleges the Plaintiff sustained personal injuries at the Defendant's Ormond

Beach, Florida store on June 26, 2020. This Removal is being effected within thirty (30) days after service of the Complaint. See 28 U.S.C. §1446(b). Defendant has not waived its right to remove.

4. That this Notice of Removal is founded upon diversity of citizenship jurisdiction pursuant to 28 U.S.C.A., Section 1332 and 28 U.S.C.A. Section 1441. The matter is between citizens of different states and the amount in controversy, excluding interest and costs, exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000).

5. That at all times material hereto, the Plaintiff in the above-styled action is a citizen of the State of Florida, who has been residing at 54 Palmetto Drive, Ormond Beach, Volusia County, Florida. The Plaintiff's Florida Voter Registration states she has been an active voter in Florida voter since 12/13/2019 (**Exhibit 6 attached**). As noted in the style of the Plaintiff's Complaint, Walgreen Co. is "a Foreign for Profit Corporation". For purposes of diversity, the single Defendant has its citizenship in states other than the State of Florida. The Defendant, Walgreen Company, is incorporated in the State of Illinois. The Defendant's, Walgreen Company, principal place of business is 300 Wilmot

Road, Deerfield, Illinois 60015. There is complete diversity of citizenship between the Defendant and the Plaintiff.

6. This case is properly removable under 28 U.S.C. §1441(a) since the Court has subject matter jurisdiction under Section 1332(a)(1). The Complaint was served on Walgreen Co. on August 2, 2021. The amount in controversy in the Complaint is not specified, other than claiming "This is an action for damages in excess of Thirty-Thousand and One Dollars ($30,001.00), exclusive of attorney's fees, costs, and prejudgment interest".

The Plaintiff served the Defendant with a detailed $765,000.00 Demand Letter dated May 14, 2021 which states the Plaintiff underwent lumbar surgery on 9/7/2020, she is claiming **$115,684.03** in past medical bills, and "Dr. Thomas recommended Ms. Boehner undergo a right L5-S1 facetectomy and transforaminal lumbar interbody fusion" surgery in the future (see pages 3 - 5 of Plaintiff's Demand Letter attached as **Exhibit 7**). Three of the claimed $115,684.03 medical bills amount to $76,994.64, consisting of Park Place Surgery Center ($35,994.64), Zion Medical Inc. Daytona ($38,275), and Anesthesia Professional Services ($2,775) (see **Composite Exhibit 8** attached).

Accordingly, the damages sought by Plaintiff are clearly in excess of the $75,000.00 jurisdictional requirement of this Court, and to the best of this Defendant's knowledge, the requisite jurisdictional amount, as provided by 28 U.S.C.A. Section 1441, et seq., and 28 U.S.C.A. 1332, has been met.

7. That venue properly rests with the Middle District of the United States District Court, Orlando Division because this action is being removed from the Circuit Court, Seventh Judicial Circuit, in and for Volusia County, Florida.

8. This Defendant has filed with the Clerk of Circuit Court, Seventh Judicial Circuit, in and for Volusia County, Florida, a true and correct copy of this Notice of Removal pursuant to 28 U.S.C.A. 1446(e). See **Exhibit 9** attached.

9. That the undersigned attorney is authorized by Defendant, Walgreen Co., to file this Notice of Removal.

10. That the undersigned attorney is licensed in the State of Florida and is authorized to practice in the United States District Court, Middle District of Florida.

WHEREFORE, Defendant, Walgreen Co., respectfully requests that this Court assume jurisdiction of this action pursuant to 28 U.S.C.A. §§1332 and 1441.

Dated this 19th day of August, 2021.

Respectfully submitted,

_____
JAMES A. COLEMAN, ESQUIRE
James A. Coleman, P.A.
Florida Bar No.: 0434711
612 East Colonial Drive, Suite 250
Orlando, Florida 32803
Telephone:  (407) 219-5799
Facsimile:  (407) 219-5788
Trial Counsel for Defendant,
Walgreen Co.
Emails:   jcoleman@rclawpa.com
                rcunningham@rclawpa.com
                dthompson@rclawpa.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 19, 2021, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send a notice of electronic filing to the following:  Steven T. Vasilaros, Esquire, Joshua J. Wagner, Esquire, and Matt McGovern, Esquire, Vasilaros Wagner, 721 Beville Road, South Daytona, FL 32119.

_____
JAMES A. COLEMAN, ESQUIRE
James A. Coleman, P.A.
Florida Bar No.: 0434711
612 East Colonial Drive, Suite 250
Orlando, Florida 32803

6

7

        Telephone:  (407) 219-5799
        Facsimile:  (407) 219-5788
        Trial Counsel for Defendant,
        Walgreen Co.
        Emails:   jcoleman@rclawpa.com
                     rcunningham@rclawpa.com
                     dthompson@rclawpa.com