## 5609 - Park Place Surgery Center
PO BOX 636659
CINCINNATI, OH 452636659

Phone: 866-631-7890

## Visit Charge Detail

**Date of Service: 9/17/2020**

Date: September 29, 2020

**Patient: BOEHNER, KATIE  (110176 - 1)**
54 PALMETTO DRIVE
ORMOND BEACH, FL  32176

**Account Title: BOEHNER, KATIE (110176)**

### Visit Information
**Procedure(s):**      (Right) MICRO DISCECTOMY L5-S1
**Performing Physician(s):**   THOMAS, MICHAEL

### Charge Information

| Billing Code(s) | | Charge Description | Modifiers | Proc Codes | Billed Amt |
|---|---|---|---|---|---|
| 63030 | 63030 | Laminotomy (hemilaminectomy), with decompression of nerve ro | RT | | $26,825.00 |
| 99070 | 99070 | Supplies and materials (except spectacles), provided by the | | | $9,119.64 |

**Diagnosis Codes:**  M51.17

**Total Billed Charges:**  $35,944.64

### Transaction History

| Tx Date Description | Tx Amt | Running Balance |
|---|---|---|
| 9/24/2020  1 - Primary Billing | $35,944.64 | $35,944.64 |
| | **Balance Due:** | $35,944.64 |

## Composite  Exhibit  8

Print

## Statement

| PATIENT NAME | IF PAYING BY CREDIT, FILL OUT BELOW. |
| --- | --- |
| Katie   Boehner | CHECK CARD USED |
| | [ ] MASTER CARD    [ ] VISA    [ ] DISCOVER |

| BILL DATE | ACCT | AMOUNT PAID | CARD NUMBER | AMOUNT PAID |
| --- | --- | --- | --- | --- |
| 03/10/2021 | SF14274 | | | |

SIGNATURE:                EXP.DATE:

AMOUNT ENCLOSED:

Katie   Boehner
54 Palmetto Drive
Ormond Beach FL 32176

**THIS IS A STATEMENT OF SERVICES RENDERED BY PHYSICIAN(S) WHO ARE MEMBERS OF:**
Zion Medical Inc. Daytona
1020 MASON AVE
DAYTONA BEACH FL 32117-4612
386-317-5149

| DATE OF SERVICE | DESCRIPTION OF SERVICE | AMOUNT | |
| --- | --- | --- | --- |
| 08/06/2020 | Claim:9344, Provider: Brian a McGraw, DO | | |
| 08/06/2020 | Facility: Mid Florida Ortho Daytona, LLC | | |
| 08/06/2020 | Dx:M25.522 Pain in left elbow | | |
| 08/06/2020 | Dx:M79.671 Pain in right foot | | |
| 08/06/2020 | 99203 OFFICEOUTPATIENT VISIT, NEW - Units 1.00 | 450.00 | |
| | Your Balance Due On These Services ... | | 450.00 |
| 09/11/2020 | Claim:9887, Provider: Jeffrey Oppenheimer, MD | | |
| 09/11/2020 | Facility: Mid Florida NEURO Daytona, LLC | | |
| 09/11/2020 | Dx:M54.5 Low back pain | | |
| 09/11/2020 | 99204 OFFICEOUTPATIENT VISIT, NEW - Units 1.00 | 675.00 | |
| | Your Balance Due On These Services ... | | 675.00 |
| 09/14/2020 | Claim:9895, Provider: Michael A Thomas, DO | | |
| 09/14/2020 | Facility: Mid Florida NEURO Daytona, LLC | | |
| 09/14/2020 | Dx:M54.5 Low back pain | | |
| 09/14/2020 | 99213 OFFICEOUTPATIENT VISIT EST - Units 1.00 | 650.00 | |
| | Your Balance Due On These Services ... | | 650.00 |
| 09/17/2020 | Claim:9936, Provider: Michael A Thomas, DO | | |
| 09/17/2020 | Facility: Park Place Surgery Ctr MFO | | |
| 09/17/2020 | Dx:M51.27 Other intervertebral disc displacement, lumbosacral region | | |
| 09/17/2020 | Dx:M54.17 Radiculopathy, lumbosacral region | | |
| 09/17/2020 | 63030 LOW BACK DISK SURGERY - Units 1.00 | 35000.00 | |
| | Your Balance Due On These Services ... | | 35000.00 |
| 09/21/2020 | Claim:10034, Provider: Michael A Thomas, DO | | |
| 09/21/2020 | Facility: Mid Florida NEURO Daytona, LLC | | |
| 09/21/2020 | Dx:M54.5 Low back pain | | |
| | Your Balance Due On These Services ... | | 0.00 |
| 10/05/2020 | Claim:10254, Provider: Michael A Thomas, DO | | |

| Date | Description | Charge | Balance |
|---|---|---|---|
| 10/05/2020 | Facility: Mid Florida NEURO Daytona, LLC | | |
| 10/05/2020 | Dx:M54.5 Low back pain | | |
| | Your Balance Due On These Services ... | | 0.00 |
| 11/02/2020 | Claim:10608, Provider: Michael A Thomas, DO | | |
| 11/02/2020 | Facility: Zion Medical Inc. Daytona | | |
| 11/02/2020 | Dx:M54.5 Low back pain | | |
| | Your Balance Due On These Services ... | | 0.00 |
| 12/14/2020 | Claim:11227, Provider: Michael A Thomas, DO | | |
| 12/14/2020 | Facility: Zion Medical Inc. Daytona | | |
| 12/14/2020 | Dx:M54.5 Low back pain | | |
| | Your Balance Due On These Services ... | | 0.00 |
| 01/20/2021 | Claim:11668, Provider: Michael A Thomas, DO | | |
| 01/20/2021 | Facility: Zion Medical Inc. Daytona | | |
| 01/20/2021 | Dx:M54.2 Cervicalgia | | |
| 01/20/2021 | Dx:M54.5 Low back pain | | |
| 01/20/2021 | 99214 OFFICEOUTPATIENT VISIT EST - Units 1.00 | 750.00 | |
| | Your Balance Due On These Services ... | | 750.00 |
| 03/01/2021 | Claim:12234, Provider: Michael A Thomas, DO | | |
| 03/01/2021 | Facility: Zion Medical Inc. Daytona | | |
| 03/01/2021 | Dx:M54.2 Cervicalgia | | |
| 03/01/2021 | Dx:M54.5 Low back pain | | |
| 03/01/2021 | 99214 OFFICEOUTPATIENT VISIT EST - Units 1.00 | 750.00 | |
| | Your Balance Due On These Services ... | | 750.00 |

| DATE | PATIENT NAME | ACCT. NO. | PAY THIS AMOUNT | |
|---|---|---|---|---|
| 03/10/2021 | Katie Boehner | SF14274 | | 38275.00 |
| **CURRENT** | **30 DAYS** | **60 DAYS** | **90 DAYS** | **120+ DAYS** |
| 1500.00 | 0.00 | 0.00 | 0.00 | |

This is a statement for professional services rendered by your physician. You may receive a separate bill from the hospital for its services.

**MAKE CHECK PAYABLE TO:** Zion Medical Inc.

**IMPORTANT MESSAGE REGARDING YOUR ACCOUNT**

5-21-2021                    302055396830001                    5120210521038737

## 5602 - Anesthesia Professional Services
4919 Memorial Hwy Ste 200
Tampa, FL 33634-7500

Phone: 813-569-6500

## Visit Charge Detail

**Service Location: Park Place Surgery Center**

Date: September 29, 2020
Patient: BOEHNER, KATIE   (43106 - 1)

*Date of Service: 9/17/2020*
*Account Title: BOEHNER, KATIE   (43106)*

54 PALMETTO DRIVE
ORMOND BEACH, FL  32176

### Visit Information

**Procedure:**   MICRO DISCECTOMY L5-S1

**Provider(s):**   Asokan, Sreenivisan

### Charge Information

| CPT Code(s) | Charge Description | Modifiers | Units | Anes. Minutes | Billed Amt |
|---|---|---|---|---|---|
| 8-Asokan Sreenivisan | (Anesthesiologist) | | | | |
| 01936 | Anesth Perc Img Tx Sp Proc | AA P2 | 11 | 91 | $2,775.00 |

**Diagnosis Codes:**   M51.17, Z00.6

$2,775.00

### Transaction History

| Tx Date Description | Tx Amt | Running Balance |
|---|---|---|
| 9/24/2020  1 - Primary Anesthesia Billing | $2,775.00 | $2,775.00 |
| | **Balance Due:** | **$2,775.00** |